HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EMILY B. CHERKIN and BENJAMIN GITENSTEIN, wife and husband,<br><br>Plaintiffs,<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY, a foreign insurer; JACLYN SEIFERT and JOHN DOE SEIFERT; and LAWRENCE H. BORK and JANE DOE BORK, and their marital community<br><br>Defendants. | No. 2:18-cv-00839-RAJ<br><br>**STIPULATION AND ORDER VACATING ORDER FOR REMAND AND DISMISSING CASE WITH PREJUDICE** |

COME NOW the parties hereto, Plaintiffs Emily Cherkin and Ben Gitenstein, by and through their attorney of record, Kyle C. Olive of OLIVE LAW NORTHWEST PLLC, and Defendants GEICO General Insurance Company, Jaclyn Seifert and Lawrence Bork, by and through their attorney of record, William L. Weber III, of Cole Wathen Leid Hall, P.C., and hereby stipulate that the court should vacate its Order Granting Plaintiffs'

STIPULATION AND ORDER VACATING ORDER TO REMAND AND DISMISSING CLAIM WITH PREJUDICE

- Page 1 of 3

**OLIVE LAW NORTHWEST PLLC**
1218 Third Avenue, Suite 1000
Seattle, WA 98101
T: (206) 629-9909
F: (206) 971-5081

Motion to Remand, Dkt. #19, and dismiss this claim with prejudice and without costs to any party.

RESPECTFULLY SUBMITTED this 7th day of October 2019.

OLIVE LAW NORTHWEST PLLC


   *s/Kyle C. Olive*
Kyle C. Olive, WSBA No. 35552
Attorney for the Plaintiffs
1218 Third Avenue, Suite 1000
Seattle, WA 98101
Tel: (206) 629-9909
Email: kyle@olivelawnw.com

COLE WATHEN LEID HALL, P.C.


   *s/William L. Weber*
William L. Weber III, WSBA #28867
*Attorneys for Defendants*
303 Battery Street
Seattle, WA 98121-1419
Tel: (206) 622-0494 | Fax: (206) 587-2476
rleid@cwlhlaw.com | wweber@cwlhlaw.com

STIPULATION AND ORDER VACATING ORDER
TO REMAND AND DISMISSING CLAIM WITH
PREJUDICE

- Page 2 of 3

**OLIVE LAW NORTHWEST PLLC**
1218 Third Avenue, Suite 1000
Seattle, WA 98101
T: (206) 629-9909
F: (206) 971-5081

## ORDER

Based on the Stipulation of the parties, IT IS HEREBY ORDERED that the court's ORDER Granting Plaintiffs' Motion to Remand, Dkt. #19, is VACATED and this matter shall be DISMISSED WITH PREJUDICE and without costs to any party.

DATED this 7th day of October, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

STIPULATION AND ORDER VACATING ORDER TO REMAND AND DISMISSING CLAIM WITH PREJUDICE

- Page 3 of 3

**OLIVE LAW NORTHWEST PLLC**
1218 Third Avenue, Suite 1000
Seattle, WA 98101
T: (206) 629-9909
F: (206) 971-5081